PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:   Case No. 13-42624 RLE

**DAVID LOZANO MENDEZ,**   Chapter 13

                                           **DECLARATION OF DEBTOR IN
           Debtor.                         SUPPORT OF DEBTOR'S MOTION TO
                                           VALUE LIEN**

_____/

I, David Lozano Mendez, declare:

   1. I am the debtor in the above-captioned case.

   2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.

   3. At the time I filed my chapter 13 case, on May 2, 2013, I was the owner of the real property located at 809 Gray Fox Place, Clayton, CA 94517 (the "property").

   4. I am informed and believe that on the date I filed my case, my property was worth approximately $585,000.00.

   5. The property is encumbered by a First Deed of Trust which was recorded in Contra Costa County on or about June 1, 2007, as document

1  2007-0160012-00 in favor of SCME Mortgage Bankers, Inc. as evidenced
2  by the face page of the recorded deed of trust, a copy of which is
3  attached as Exhibit A and made a part hereof.
4     6. The First Deed of Trust was assigned to Nationstar Mortgage,
5  LLC, as recorded in Contra Costa County on or about May 30, 2013 as
6  document number 2013-0136806-00, as evidenced by the search results
7  page from Contra Costa County's recorded documents search, a copy of
8  which is attached as Exhibit B and made a part hereof.
9     7. I owed approximately $757,784.92 to Nationstar Mortgage, LLC,
10 the first position creditor, as evidenced by my March 2013 mortgage
11 statement issued by Nationstar Mortgage, a copy of which is attached
12 as Exhibit C and made a part hereof.
13     8.  According to document 2006-0117780-00 which was recorded in
14 Contra Costa County on or about April 14, 2006, Wells Fargo Bank, N.A.
15 is the beneficiary of a Second Deed of Trust against the property, as
16 evidenced by the face page of the recorded deed of trust, a copy of
17 which is attached as Exhibit D and made a part hereof.
18     9. Wells Fargo Bank, N.A. subordinated their 2006 deed of trust
19 document 2006-0117780 to Nationstar Mortgage's 2007 deed of trust
20 document 2007-0160012-00 as evidenced by the recorded subordination
21 agreement recorded in Contra Costa County on or about June 1, 2007 as
22 document 2007-0160013-00, a copy of which is attached as Exhibit E and
23 made a part hereof.
24     10.  I owed approximately $99,269.19 to Wells Fargo Bank, N.A.
25 the second position creditor, as evidenced by my April 2013 mortgage
26

Case: 13-42624    Doc# 14-10    Filed: 06/04/13    Entered: 06/04/13 10:25:53    Page 2
of 3

statement issued by Wells Fargo Bank, N.A., a copy of which is attached as Exhibit F and made a part hereof.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 3, 2013                         /s/   David Lozano Mendez
                                            David Lozano Mendez