```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

Entered on Docket
June 27, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed June 26, 2013

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 13-42624 RLE |
| **DAVID LOZANO MENDEZ,** | Chapter 13 |
| Debtor. | ORDER VALUING SECOND LIEN OF WELLS FARGO BANK, N.A. |
| _____/ | |

   On June 4, 2013, David Lozano Mendez (hereinafter Debtor) served a motion to value the second lien of Wells Fargo Bank, N.A. (hereinafter Lienholder) against the property commonly known as 809 Gray Fox Place, Clayton, CA 94517, which lien was recorded in Contra Costa County on or about April 14, 2006 as document 2006-0117780-00 (hereinafter the Lien).

   The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

   (1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien

may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

    (2) This order shall become part of Debtor's confirmed chapter 13 plan.

    (3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment or order voiding the Lien.

    (4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

    (5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

<pre>
                        COURT SERVICE LIST
 1
   Attn: Officer
 2 Wells Fargo Bank, N.A.
   101 N. Phillips Avenue
 3 Sioux Falls, SD 57104

 4 Attn: Officer
   Wells Fargo Bank, N.A
 5 C/o CSC Lawyers Incorporating Service
   2710 Gateway Oaks Drive, Suite 150N
 6 Sacramento, CA 95833

 7 Attn: Officer
   Wells Fargo Bank, N.A.
 8 PO Box 54780
   Los Angeles, CA 90054
</pre>