PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

The following constitutes
the order of the court. Signed September 16, 2016

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 13-42624 RLE

**DAVID LOZANO MENDEZ,**                  Chapter 13

      Debtor.

**JUDGMENT VOIDING LIEN OF WELLS FARGO BANK, NA AND ITS SUCCESSORS IN INTEREST**

_____/

On June 26, 2013, this court entered an ORDER VALUING SECOND LIEN OF WELLS FARGO BANk, NA against certain property of Debtor for purposes of this chapter 13 case. That order was subject to being set aside until Debtors obtained a discharge or completed plan payments in this chapter 13 case. Debtors having obtained a discharge, the court now therefore enters the following judgment:

The second lien of Wells Fargo Bank, NA and its successors in interest regarding the property commonly known as 809 Gray Fox Place, Clayton, CA 94517, and which was recorded in Contra Costa County on or

about April 14, 2006 as document 2006-0117780-00, is hereby determined to be entirely, permanently, and for all purposes void and unenforceable.

*** END OF ORDER ***

COURT SERVICE LIST

David Lozano Mendez
809 Gray Fox Place
Clayton, CA 94517

Attn: Officer
Wells Fargo Bank, NA
101 N Phillips Avenue
Sioux Falls, SD 57104

Attn: Officer
Wells Fargo Bank, NA
C/o CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833